In the Matter of GERALD V. HAYES, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

722

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.